IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   15-cr-00432-RM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.   AXEL JAMES WESTMAN,

      Defendant.

**INDICTMENT**
**Count One**
Felon in Possession of Firearms
18 U.S.C. § 922(g)(1)
**Count Two**
Receipt and Possession of Unregistered Firearm
26 U.S.C. §§ 5841, 5861(d), and 5871

The Grand Jury charges:

### COUNT ONE

18 U.S.C. § 922(g)(1)

Between on or about May 2015 and up to and including on or about September 4, 2015, in the State and District of Colorado, the defendant, AXEL JAMES WESTMAN, having been previously convicted of crimes punishable by imprisonment by a term exceeding one year, did knowingly possess firearms in and affecting interstate commerce, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT TWO

26 U.S.C. § 5861(d)

Between on or about May 2015 and up to and including on or about September 4, 2015, in the State and District of Colorado, the defendant, AXEL JAMES WESTMAN, knowingly received and possessed a firearm, to wit, a Yankee Hill Machine, Model .22LR Mite, .22 caliber silencer, serial number M22-5987, not registered to him in the National Firearms Registration and Transfer Record; in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

A TRUE BILL

"Ink signature on file in Clerk's Office"
FOREPERSON

JOHN F. WALSH
United States Attorney

By: *s/ Rebecca S. Weber*
REBECCA S. WEBER
Assistant United States Attorney
1225 17th Street, Suite 700
Denver, CO 80202
Telephone 303-454-0100
Fax 303-454-0403
Email: REBECCA.WEBER@usdoj.gov
Attorney for the Government