DEFENDANT:  AXEL JAMES WESTMAN

YOB:  1975

ADDRESS (CITY/STATE):  Denver, Colorado

COMPLAINT FILED?  _____ YES          __X__ NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER:  _____

    IF NO, PROCEED TO "OFFENSE" SECTION

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?  _____ YES   __X__ NO


OFFENSE(S):          Count 1: 18 U.S.C. § 922(g)(1); Felon in Possession of a Firearm
                     Count 2: 26 U.S.C. § 5861(d): Receipt and Possession of Unregistered
                     Firearm

LOCATION OF OFFENSE (COUNTY/STATE):  Denver County, Colorado

PENALTY:          Count 1: NMT 10 year imprisonment, NMT $250,000 fine, or both; NMT 3
                 years supervised release; $100 special assessment fee.
                 Count 2: NMT 10 year imprisonment, NMT $10,000 fine, or both; NMT 3 years
                 supervised release; $100 special assessment fee.

AGENT:          Tim Pine and Jason Cole, Special Agents
                 Bureau of Alcohol, Tobacco, Firearms and Explosives

AUTHORIZED BY:  Rebecca Weber
                 Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

__X__ five days or less     _____ over five days     _____ other

THE GOVERNMENT

__X__ will seek detention in this case     _____ will not seek detention in this case

The statutory presumption of detention is not applicable to this defendant.

OCDETF CASE:     _____ Yes     __X__     No