AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| United States of America | ) |
|---|---|
| v. | ) Case No. 15-cr-432-RM |
| AXEL JAMES WESTMAN, | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* AXEL JAMES WESTMAN,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Felon in Possession of a Firearm, in Violation of Title 18 U.S.C., Section 922(g)(1).
Receipt and Possession of Unregistered Firearm, in Violation of Title 26 U.S.C., Section 5861(d).

Date:    11/05/2015                                                                      s/C. Thompson Deputy Clerk
*Issuing officer's signature*

City and state:    Denver, Colorado                                              Jeffrey P. Colwell Clerk of COurt
*Printed name and title*

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____
*Arresting officer's signature*

_____
*Printed name and title*