UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Criminal Action No. 15-cr-00432-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.   AXEL JAMES WESTMAN

    Defendant.

---

## ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

---

Upon petition of the United States and for good cause shown,

IT IS HEREBY ORDERED, that the Clerk of the Court issue the said writ to the

United States Marshal's Service requiring said United States Marshal to produce AXEL

JAMES WESTMAN, YOB 1975, before United States Magistrate Court, as soon as

practicable, for proceedings and appearances upon the charge set forth in the indictment

and to hold him at all times in the custody of the United States of America until final

disposition of the defendant's case, and thereafter to return the defendant to the institution

wherein he is now confined.

SO ORDERED this _____ day of _____2016.


_____
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO