IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 15-cr-00432-RM  **FILED UNDER RESTRICTION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.

AXEL JAMES WESTMAN,

    Defendant.

___

**ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**
___

Upon petition of the United States [filed January 11, 2016; docket #4] and for good cause shown, it is hereby

ORDERED that the Clerk of the Court issue the said writ to the United States Marshal Service requiring said United States Marshal to produce AXEL JAMES WESTMAN, YOB 1975, before a Magistrate Judge at the United States District Court, as soon as practicable, for proceedings and appearances upon the charge set forth in the indictment and to hold him at all times in the custody of the United States of America until final disposition of the defendant's case, and thereafter to return the defendant to the institution wherein he is now confined.

SO ORDERED at Denver, Colorado, this 11th day of January, 2016.

                                              BY THE COURT:

                                              *[signature: Michael E. Hegarty]*

                                              Michael E. Hegarty
                                              United States Magistrate Judge