IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.    15-cr-00432-RM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

**1.  AXEL JAMES WESTMAN,**

        Defendant.

_____

**NOTICE OF APPEARANCE**
_____

    The Office of the Federal Public Defender, by and through undersigned counsel, hereby enters its appearance in the above captioned case.

        Respectfully submitted,

        VIRGINIA GRADY
        Federal Public Defender


        <u>s/ Edward R. Harris</u>
        Edward R. Harris
        Assistant Federal Public Defender
        633 17th Street, Suite 1000
        Denver, CO  80202
        Telephone:  (303) 294-7002
        FAX:  (303) 294-1192
        Edward_Harris@fd.org
        Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2016, I electronically filed the foregoing **NOTICE OF APPEARANCE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Rebecca Weber, Assistant United States Attorney
    Rebecca.Weber@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Axel Westman                *via U.S. mail*

s/ Edward R. Harris
Edward R. Harris
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Edward_Harris@fd.org
Attorney for Defendant