IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.    15-cr-00432-RM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

**1.  AXEL JAMES WESTMAN,**

        Defendant.

---

## NOTICE OF DISPOSITION

---

      Defendant, Michael Sanders, by and through counsel, Edward R. Harris, Assistant Federal Public Defender, hereby notifies this Honorable Court that a disposition has been reached in this case with the government.  The parties are requesting permission to contact chambers and schedule a Change of Plea Hearing.

                      Respectfully submitted,

                      VIRGINIA GRADY
                      Federal Public Defender


                      <u>s/ Edward R. Harris</u>
                      Edward R. Harris
                      Assistant Federal Public Defender
                      633 17th Street, Suite 1000
                      Denver, CO  80202
                      Telephone:  (303) 294-7002
                      FAX:  (303) 294-1192
                      Edward_Harris@fd.org
                      Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2016, I electronically filed the foregoing

## NOTICE OF DISPOSITION

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Rebecca Weber, Assistant United States Attorney
      Rebecca.Weber@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Axel Westman          *via U.S. mail*

          s/ Edward R. Harris
          Edward R. Harris
          Assistant Federal Public Defender
          633 17th Street, Suite 1000
          Denver, CO  80202
          Telephone:  (303) 294-7002
          FAX:  (303) 294-1192
          Edward_Harris@fd.org
          Attorney for Defendant