IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.   15-cr-00432-RM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. **AXEL JAMES WESTMAN,**

        Defendant.

---

## AMENDED NOTICE OF DISPOSITION

---

      Defendant, Axel Westman, by and through counsel, Edward R. Harris, Assistant Federal Public Defender, hereby notifies this Honorable Court that a disposition has been reached in this case with the government.  The Change of Plea Hearing is scheduled for April 7, 2016 at 10:00 a.m.

      Respectfully submitted,

      VIRGINIA GRADY
      Federal Public Defender


      <u>s/ Edward R. Harris</u>
      Edward R. Harris
      Assistant Federal Public Defender
      633 17th Street, Suite 1000
      Denver, CO  80202
      Telephone:  (303) 294-7002
      FAX:  (303) 294-1192
      Edward_Harris@fd.org
      Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2016, I electronically filed the foregoing

## NOTICE OF DISPOSITION

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Rebecca Weber, Assistant United States Attorney
     Rebecca.Weber@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Axel Westman         *via U.S. mail*

                    s/ Edward R. Harris
                    Edward R. Harris
                    Assistant Federal Public Defender
                    633 17th Street, Suite 1000
                    Denver, CO  80202
                    Telephone:  (303) 294-7002
                    FAX:  (303) 294-1192
                    Edward_Harris@fd.org
                    Attorney for Defendant