IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE RAYMOND P. MOORE

Courtroom Deputy:  Cathy Pearson          Date:  April 7, 2016
Court Reporter:  Tammy Hoffschildt        Interpreter:  n/a
Probation Officer:  n/a

**CASE NO.   15-cr-00432-RM**

<u>Parties</u>                                          <u>Counsel</u>

UNITED STATES OF AMERICA,                    Rebecca Weber

      Plaintiff,

v.

**1.   AXEL JAMES WESTMAN,**                        Edward Harris

      **Defendant.**

## COURTROOM MINUTES

**CHANGE OF PLEA**
**COURT IN SESSION:      10:03 a.m.**
Appearances of counsel.   Defendant is present and in custody.

Discussion held regarding the Plea Agreement.

The Court will take a brief recess to allow Mr. Harris to confer with Mr. Westman.

**Court in recess:    10:11 a.m.**
**Court in session:  10:17 a.m.**

Further discussion held regarding the Plea Agreement.

**The Plea Agreement is orally amended to include agreement to a variance of two levels, in the event the Probation Department determines that the stolen weapon adjustment applies.**

Defendant sworn and answers true name; Defendant is 40 years old.

**EXHIBITS:**   Court Exhibit 1 - Plea Agreement, Court Exhibit 2 - Statement by Defendant in Advance of Plea of Guilty.

Defendant waives reading of the Indictment.

Defendant advised of maximum penalties.

Defendant's right to trial by jury and other constitutional rights explained.

Defendant pleads GUILTY to Count 1 of the Indictment.

Court's findings and conclusions.

Court accepts plea of guilty.

The Court defers acceptance of the Plea Agreement until the sentencing hearing.

**ORDERED:   The Probation Department shall conduct an independent investigation in this case.**

**ORDERED**:   Any pretrial motions still pending in this matter are **DENIED** as moot.

**ORDERED**:   Sentencing is set for **June 30, 2016, at 10:00 a.m.**

**ORDERED**:   Defendant is REMANDED to the custody of the U.S. Marshal.

**COURT IN RECESS:**       10:47 a.m.
**Total in court time:**       00:38
**Hearing concluded**