IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.   15-cr-00432-RM

UNITED STATES OF AMERICA,

Plaintiff,

v.

**1.   AXEL JAMES WESTMAN,**

Defendant.

_____

**UNOPPOSED MOTION TO RESTRICT ACCESS**

Mr. Axel Westman, Defendant, by and through undersigned counsel, Edward R.

Harris, respectfully requests that Docket Nos. 27 and 28, be restricted at Level 1.

Undersigned counsel has conferred with Rebecca Weber, attorney for the

Government, and was informed that the Government does not oppose this motion.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender


s/ Edward R. Harris
EDWARD R. HARRIS
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Edward_Harris@fd.org
Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on June 9, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Rebecca Weber, Assistant United States Attorney
    Rebecca.Weber@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Axel Westman             *via U.S. mail*

                s/ Edward R. Harris
                Edward R. Harris
                Assistant Federal Public Defender
                633 17th Street, Suite 1000
                Denver, CO  80202
                Telephone:  (303) 294-7002
                FAX:  (303) 294-1192
                Edward_Harris@fd.org
                Attorney for Defendant