IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.    15-cr-00432-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  **AXEL JAMES WESTMAN,**

    Defendant.

_____

### DEFENDANT'S OBJECTIONS TO PRESENTENCE REPORT
_____

Defendant, by and through counsel, Edward R. Harris, Assistant Federal Public Defender, objects as follows to the Presentence Investigation Report.

Probation assesses a two level increase in offense level due to the gun purportedly being "stolen." Mr. Westman disputes that the enhancement applies. He submits that there is insufficient proof that the gun was stolen consistent with the meaning of that term as contemplated by the guideline. Mr. Westman also objects to the enhancement as it fails to distinguish between persons possessing guns knowing the guns to have been stolen, suspecting the gun to be stolen, or not knowing at all.

2

Respectfully submitted,

VIRGINIA GRADY
Federal Public Defender

s/ Edward R. Harris
Edward R. Harris
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Edward_Harris@fd.org
Attorney for Defendant

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 9, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Rebecca Weber, Assistant United States Attorney
    Rebecca.Weber@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Axel Westman          *via U.S. mail*

                        s/ Edward R. Harris
                        Edward R. Harris
                        Assistant Federal Public Defender
                        633 17th Street, Suite 1000
                        Denver, CO  80202
                        Telephone:  (303) 294-7002
                        FAX:  (303) 294-1192
                        Edward_Harris@fd.org
                        Attorney for Defendant