IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   15-cr-00432-RM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     AXEL JAMES WESTMAN,

        Defendant.

## GOVERNMENT'S UNOPPOSED MOTION TO CONTINUE SENTENCING

The United States of America, by and through John F. Walsh, United States Attorney for the District of Colorado, and Rebecca Weber, Assistant United States Attorney, requests that the Court vacate the sentencing set for June 30, 2016 and continue the sentencing for 45 days, on the following grounds:

1.     As set forth in the presentence investigation report (Doc. 31), this firearms case is connected to another matter involving two other individuals who appear to have defrauded a victim out of large amounts of money.   One of those individuals traded the firearms at issue in this case to Mr. Westman for a few hundred dollars and some heroin. (Doc. 23).   The owner of the firearms is the same victim who was defrauded by the other two individuals.

2.     Additional information relating to this other matter may arise within the next few weeks that may have bearing on Mr. Westman's sentencing.

3. Accordingly, the government requests a continuance of the sentencing hearing currently set in this matter.

4. Defense counsel does not oppose this motion.

5. In the event that the Court grants this motion, the parties request that they may call Chambers to set a new sentencing date.

WHEREFORE, the government requests that the Court vacate and continue the sentencing.

Dated this 21st day of June, 2016.

                Respectfully submitted,

                JOHN F. WALSH
                United States Attorney

                By: *s/ Rebecca S. Weber*
                REBECCA S. WEBER
                Assistant United States Attorney
                United States Attorney's Office
                1225 Seventeenth Street, Suite 700
                Denver, Colorado 80202
                Telephone: (303) 454-0100
                Facsimile: (303) 454-0403
                Email: Rebecca.Weber@usdoj.gov
                ATTORNEY FOR THE UNITED STATES

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of June, 2016, I electronically filed the foregoing **GOVERNMENT'S UNOPPOSED MOTION TO CONTINUE SENTENCING** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Edward Harris
Email: Edward_Harris@fd.org

                                      By: *s/ Rebecca S. Weber*
                                      REBECCA S. WEBER
                                      Assistant United States Attorney
                                      United States Attorney's Office
                                      1225 Seventeenth Street, Suite 700
                                      Denver, Colorado 80202
                                      Telephone: (303) 454-0100
                                      Facsimile: (303) 454-0403
                                      Email: Rebecca.Weber@usdoj.gov
                                      ATTORNEY FOR THE UNITED STATES