IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 15-cr-00432-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. AXEL JAMES WESTMAN,

    Defendant.

## GOVERNMENT'S MOTION TO DISMISS COUNT 2 OF THE INDICTMENT

Comes now the United States of America and hereby moves this Court to enter an order dismissing Count 2 of the Indictment (Doc. 1) filed on November 5, 2015. The defendant pled guilty on April 7, 2016 to Count 1 of the Indictment. (Doc. 23). The parties agreed as part of the plea agreement to dismiss Count 2 of the Indictment. Accordingly, at sentencing, the United States of America requests that this Court dismiss Count 2.

Dated this 1st day of August, 2016.

    Respectfully submitted,
    JOHN F. WALSH
    United States Attorney

    By: *s/ Rebecca S. Weber*
    REBECCA S. WEBER
    Assistant United States Attorney
    United States Attorney's Office
    1225 Seventeenth Street, Suite 700

        Denver, Colorado 80202
        Telephone: (303) 454-0100
        Facsimile: (303) 454-0403
        Email: Rebecca.Weber@usdoj.gov
        ATTORNEY FOR THE UNITED STATES

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of August, 2016, I electronically filed the **GOVERNMENT'S MOTION TO DISMISS COUNT 2 OF THE INDICTMENT** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

Edward Harris
Email: Edward_Harris@fd.org

By: *s/ Rebecca S. Weber*
REBECCA S. WEBER
Assistant United States Attorney
United States Attorney's Office
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100
Facsimile: (303) 454-0403
Email: Rebecca.Weber@usdoj.gov
ATTORNEY FOR THE UNITED STATES