IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 15-cr-00432-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    1. AXEL JAMES WESTMAN,

    Defendant.

_____

**ORDER**
_____

THIS MATTER coming before the Court upon motion of the government to dismiss Count 2 of the Indictment, and the Court having considered the same,

IT IS HEREBY ORDERED that Count 2 of the Indictment is dismissed in this above matter on this _____ day of _____, 2016.

                              BY THE COURT:

                              _____
                              Judge Raymond P. Moore
                              United States District Court