**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 15-cr-00432-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. AXEL JAMES WESTMAN,

    Defendant.

---

**GOVERNMENT'S MOTION TO GRANT THE DEFENDANT AN ADDITIONAL
ONE-LEVEL DECREASE PURSUANT TO U.S.S.G § 3E1.1(b)**

---

    The United States of America, by and through United States Attorney John F. Walsh and Assistant United States Attorney Rebecca S. Weber, respectfully moves for an additional one-level reduction in defendant Axel James Westman's offense level pursuant to Section 3E1.1(b) of the United States Sentencing Guidelines. Defendant's agreement to plead guilty and timely notice thereof permitted the government to avoid preparing for trial and permitted both the government and the Court to allocate their resources more efficiently.

    Dated this 1st day of August, 2016.

    Respectfully submitted,

    JOHN F. WALSH
    UNITED STATES ATTORNEY

    By: s/ Rebecca S. Weber
    REBECCA S. WEBER

Assistant U.S. Attorney
U.S. Attorney's Office
1225 17th St., Suite 700
Denver, CO   80202
Telephone:   (303) 454-0100
Fax:   (303) 454-0403
E-mail: Rebecca.Weber@usdoj.gov
Attorney for Government

## CERTIFICATE OF SERVICE

   I hereby certify that on August 1, 2016, I electronically filed the foregoing **GOVERNMENT'S MOTION TO GRANT THE DEFENDANT AN ADDITIONAL ONE-LEVEL DECREASE PURSUANT TO U.S.S.G § 3E1.1(b)** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Edward Harris
Email: Edward_Harris@fd.org

            By: s/ Rebecca S. Weber
            REBECCA S. WEBER
            Assistant U.S. Attorney
            U.S. Attorney's Office
            1225 17th St., Suite 700
            Denver, CO   80202
            Telephone:   (303) 454-0100
            Fax:   (303) 454-0403
            E-mail: Rebecca.Weber@usdoj.gov
            Attorney for Government