**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 15-cr-00432-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  AXEL JAMES WESTMAN,

    Defendant.

## ORDER

THIS MATTER coming before the Court upon motion of the government to grant defendant Westman an additional one-level decrease in the offense level for acceptance of responsibility pursuant to United States Sentencing Guidelines section 3E1.1(b), and the Court having considered the same,

IT IS HEREBY ORDERED that defendant Westman be granted an additional one-level decrease in the offense level.

Dated this \_\_\_\_ day of _____, 2016.

                                  BY THE COURT:

                                  _____
                                  Judge Raymond P. Moore
                                  United States District Court