## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:15CR00432-1

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

AXEL JAMES WESTMAN,

      Defendant.

---

## ORDER APPOINTING PUBLIC DEFENDER

---

      THIS MATTER is before the Court upon report of the Probation Officer concerning a compliance review hearing and the Court having determined that Defendant is unable to retain counsel, it is

      ORDERED that the Federal Public Defender's Office is hereby appointed to represent Defendant for limited purpose of a compliance review hearing of supervised release.

      DATED at Denver, Colorado, this _____ day of October, 2019.

               BY THE COURT:


               _____

               United States Magistrate Judge