IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:15-cr-00432-RM-1

UNITED STATES OF AMERICA,

 Plaintiff,

vs.

AXEL JAMES WESTMAN,

 Defendant.

---

### ORDER APPOINTING COUNSEL

---

 THIS MATTER is before the Court on the Motion for Appointment of Counsel in a Criminal Case ("Motion") [#44] [1] filed by Defendant Axel Westman. Mr. Westman requests the appointment of counsel to represent him in a compliance review hearing to occur in this matter. The Court has considered the Motion and reviewed Mr. Westman's Financial Affidavit [#45] submitted with the Motion.

 The Court FINDS that Mr. Westman qualifies for the appointment of counsel. The Motion is **GRANTED**—under the Criminal Justice Act, the Court hereby appoints counsel from the Federal Public Defender's Office to represent Mr. Westman in his compliance review hearing in this matter.

 **IT IS FURTHER ORDERED** that no later than **October 18, 2019**, counsel for the parties shall jointly call District Judge Moore's Chambers to set a date for the hearing.

DATED: October 11, 2019

            BY THE COURT:

            _____
            S. Kato Crews
            U.S. Magistrate Judge

---

[1] The Court uses "[#__]" to reference docket entries in CM/ECF.