IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 15-cr-00432-RM

UNITED STATES OF AMERICA,

Plaintiff,

v.

1. AXEL JAMES WESTMAN,

Defendant.

---

### ENTRY OF APPEARANCE OF COUNSEL
---

To:   The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the United States of America.

DATED at Denver, Colorado this 16th day of October, 2019.

> JASON R. DUNN
> United States Attorney
>
> s/Martha Paluch
> MARTHA PALUCH
> Assistant United States Attorney
> United States Attorney's Office
> 1801 California Street, Suite 1600
> Denver, Colorado 80202
> Telephone: 303-454-0100
> Fax: 303-454-0401
> Email: martha.paluch@usdoj.gov