AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| United States of America<br>v.<br><br>1. Axel James Westman<br>*Defendant* | )<br>)<br>)<br>) Case No.  15-cr-00432-RM<br>)<br>)<br>)<br>) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☑ Order of Court

| Place: U.S. District Court<br>901 19th Street<br>Denver, Colorado 80294 | Courtroom No.: A601 |
|---|---|
| | Date and Time: 10/31/2019 at 1:00 p.m. |

This offense is briefly described as follows:

Order to Report for Supervision Compliance Review Hearing


Date:    10/18/2019                                  s/C. Pearson, Deputy Clerk
                                                      *Issuing officer's signature*

                                                      Jeffrey P. Colwell, Clerk of Courts
                                                      *Printed name and title*

---

I declare under penalty of perjury that I have:

☑ Executed and returned this summons        ☐ Returned this summons unexecuted

Date:   10/24/19                             *[signature]*
                                             *Server's signature*

                                             Ketrina Devine   U.S. Probation Officer
                                             *Printed name and title*