**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE RAYMOND P. MOORE**

| | |
|---|---|
| Courtroom Deputy:  Cathy Pearson | Date:  October 31, 2019 |
| Court Reporter:  Tammy Hoffschildt | Interpreter:  n/a |
| Probation:  Katrina Devine | |

**CASE NO.   15-cr-00432-RM**

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA, | Martha Paluch |
| Plaintiff, | |
| v. | |
| 1.  AXEL JAMES WESTMAN, | Edward Harris |
| Defendant. | |

**COURTROOM MINUTES**

**COMPLIANCE REVIEW HEARING**
**COURT IN SESSION:**     1:00 p.m.

Appearances of counsel.   Defendant is present and on supervised release.

Discussion held regarding the defendant's compliance on supervised release.

Mr. Harris and Ms. Devine address the Court.

**COURT IN RECESS:**      1:16 p.m.
**Total in court time:**       00:13
**Hearing concluded**