CO-PROB12B
(Revised 5/14-D/CO)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

U.S.A. vs. AXEL JAMES WESTMAN                                       DKT. NO. 1:15CR00432-1

### PETITION TO MODIFY CONDITIONS OF SUPERVISED RELEASE

COMES NOW, Katrina M. Devine, Senior United States Probation Officer, presenting an official report upon the conduct and attitude of the defendant Axel James Westman, who was placed on supervision by the Honorable Raymond P. Moore, sitting in the United States District Court in Denver, Colorado, on August 8, 2016.  The defendant was sentenced to 40 months imprisonment and 3 years supervised release for an offense of Possession of a Firearm by a Previously Convicted Felon, in violation of 18 U.S.C. §§ 922(g)(1).  Supervision commenced on May 20, 2019 and is set to expire on May 19, 2022.  As noted in the judgment [Document 41 ], the Court ordered mandatory, special and standard conditions of supervision.  The probation officer alleges the defendant has violated the following terms and conditions of supervised release as set forth herein.

### STATEMENT IN SUPPORT OF ACTION/JUSTIFICATION

On October 31, 2019, the defendant appeared before Your Honor for a Compliance Review Hearing related to the violations and noncompliance outlined in the Report on Offender Under Supervision [Document 42] and the Petition for Summons and Compliance Review Hearing [Document 43].  Prior to commencement of the hearing, the defendant indicated his willingness to reside in a residential re-entry center in order to gain stability in both his employment and sobriety.  It is noted that in addition to the violation conduct already reported to the Court, on November 4, 2019, the defendant failed to submit a drug screen as directed at Independence House.

On October 31, 2019, the defendant reported to the Probation Office following the hearing and executed a form entitled, "Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision," which waives the right to a hearing and agrees to the proposed modification of the conditions of supervision.  Assistant U.S. Attorney Martha Paluch was present during the Compliance Review Hearing and has no objection to the proposed modification.

### RESPECTFULLY REQUESTING THAT THE COURT WILL ORDER:

Modification of the terms of Supervised Release to include the following special condition:

You must reside in a Residential Reentry Center (RRC) for a period of up to six (6) months, to commence at the direction of the probation officer and must observe the rules of that facility.

I DECLARE under penalty of perjury that the foregoing is true and correct.

***s/Katrina M. Devine***
  Katrina M. Devine
  Senior United States Probation Officer
  Place:   Denver
  Date:    November 6, 2019

***s/James M. Murphy***
  James M. Murphy
  Supervisory United States Probation Officer
  Place:   Denver
  Date:    November 6, 2019