# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Raymond P. Moore

Criminal Case No. 15-cr-00432-RM

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

AXEL JAMES WESTMAN,

    Defendant.

___

### ORDER REGARDING REQUEST FOR MODIFICATION OF THE CONDITIONS OF SUPERVISION
___

THIS MATTER is before the Court upon request by the probation officer to modify conditions of supervised release on the above-named defendant.

HAVING considered the probation officer's petition, the Court:

ORDERS the defendant's terms of supervision be modified to include the following special condition:

    You must reside in a Residential Reentry Center (RRC) for a period of up to six (6) months, to commence at the direction of the probation officer and must observe the rules of that facility.

FURTHER ORDERS that all terms and conditions of supervision previously imposed remain in full force and effect.

DATED this 7th day of November, 2019.

    BY THE COURT:

    _____
    RAYMOND P. MOORE
    United States District Judge