**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 1:15CR00432-1

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

AXEL JAMES WESTMAN

        Defendant.

---

**ORDER REGARDING VIOLATIONS OF CONDITIONS OF SUPERVISED RELEASE**

---

THIS MATTER is before the Court upon request by the probation officer to initiate revocation proceedings due to violation(s) of the conditions of supervision.

HAVING considered the probation officer's petition, the Court

\_\_\_\_  ORDERS the issuance of an arrest warrant.

\_\_\_\_  ORDERS the issuance of a summons.

\_\_\_\_  DENIES the request.

DATED at Denver, Colorado, this \_\_\_\_ day of December, 2019.

BY THE COURT:

_____
Raymond P. Moore
United States District Judge