AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. 1:15CR00432-1 |
|  | ) |
|  | ) |
| AXEL JAMES WESTMAN | ) |
| *Defendant* | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Axel James Westman,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint
☐ Probation Violation Petition      ☑ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

1-6) Possession and Use of a Controlled Substance;
7) Failure to Follow Instructions of the Probation Officer;
8) Failure to Work Regularly;
9) Failure to Notify the Probation Officer of Change in Employment;
10) Failure to Participate in Substance Abuse Treatment as Directed by the Probation Officer; and
11) Failure to Participate in Substance Abuse Testing as Directed by the Probation Officer.

Date: _____                         _____
*Issuing officer's signature*

City and state:  Denver, Colorado            Jeffrey P. Colwell, Clerk of Court
*Printed name and title*

| **Return** |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. |
| Date: _____                                    _____ *Arresting officer's signature* |
| _____ *Printed name and title* |