Case No. 1:15-cr-00432-RM Document 59 filed 12/23/19 USDC Colorado pg 1 of 1

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 15-cr-00432-RM |
| 1. AXEL JAMES WESTMAN | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Axel James Westman ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☑ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

1-6) Possession and Use of a Controlled Substance;
7) Failure to Follow Instructions of the Probation Officer;
8) Failure to Work Regularly;
9) Failure to Notify the Probation Officer of Change in Employment;
10) Failure to Participate in Substance Abuse Treatment as Directed by the Probation Officer; and
11) Failure to Participate in Substance Abuse Testing as Directed by the Probation Officer.

Date: 12/23/2019

s/C. Pearson, Deputy Clerk
*Issuing officer's signature*

City and state: Denver, Colorado

Jeffrey P. Colwell, Clerk of Court
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*