AO 442 (Rev. 11/11) Arrest Warrant

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

# UNITED STATES DISTRICT COURT

for the

District of Colorado

2019 DEC 26  PM 3: 36

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

United States of America
v.

)
)
)
)
1.  AXEL JAMES WESTMAN )
)

*Defendant*

Case No.    15-cr-00432-RM

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Axel James Westman                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment        ❏ Superseding Indictment        ❏ Information        ❏ Superseding Information        ❏ Complaint

❏ Probation Violation Petition        ☑ Supervised Release Violation Petition        ❏ Violation Notice        ❏ Order of the Court

This offense is briefly described as follows:

1-6) Possession and Use of a Controlled Substance;
7) Failure to Follow Instructions of the Probation Officer;
8) Failure to Work Regularly;
9) Failure to Notify the Probation Officer of Change in Employment;
10) Failure to Participate in Substance AbuseTreatment as Directed by the Probation Officer; and
11) Failure to Participate in Substance Abuse Testing as Directed by the Probation Officer.

Date:    12/23/2019

s/C. Pearson, Deputy Clerk
*Issuing officer's signature*

City and state:    Denver, Colorado

Jeffrey P. Colwell, Clerk of Court
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 12/23/19, and the person was arrested on *(date)* 12/26/19 at *(city and state)* Denver, CO . |
| Date: 12/26/19 |

*Arresting officer's signature*

GILLIAN FLECK  DUSM
*Printed name and title*