IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 15-cr-00432-RM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

AXEL JAMES WESTMAN,

       Defendant.
_____

**NOTICE OF APPEARANCE**
_____

       The Office of the Federal Public Defender, by and through undersigned counsel, hereby enters its appearance in the above-captioned case.

                              Respectfully submitted,

                              VIRGINIA GRADY
                              Federal Public Defender

                              s/ Edward R. Harris
                              Edward R. Harris
                              Assistant Federal Public Defender
                              633 17th Street, Suite 1000
                              Denver, CO  80202
                              Telephone:  (303) 294-7002
                              FAX:  (303) 294-1192
                              Edward_Harris@fd.org
                              Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on December 27, 2019, I electronically filed the foregoing

## NOTICE OF APPEARANCE

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Martha Ann Paluch, Assistant United States Attorney
Martha.Paluch@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Axel James Westman     *via U.S. mail*

s/ Edward R. Harris
Edward R. Harris
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Edward_Harris@fd.org
Attorney for Defendant