AO 442 (Rev 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2019 DEC 30  PM 4: 25

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 15-cr-00432-RM |
| | ) | |
| 1. AXEL JAMES WESTMAN | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Axel James Westman,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☑ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

1-6) Possession and Use of a Controlled Substance;
7) Failure to Follow Instructions of the Probation Officer;
8) Failure to Work Regularly;
9) Failure to Notify the Probation Officer of Change in Employment;
10) Failure to Participate in Substance Abuse Treatment as Directed by the Probation Officer; and
11) Failure to Participate in Substance Abuse Testing as Directed by the Probation Officer.

Date: 12/23/2019

s/C. Pearson, Deputy Clerk
*Issuing officer's signature*

City and state:   Denver, Colorado

Jeffrey P. Colwell, Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* 12/23/19, and the person was arrested on *(date)* 12/26/19
at *(city and state)* Denver, CO.

Date: 12/26/19

*Arresting officer's signature*

GILLIAN FLECK DUSH
*Printed name and title*