AO 468 (Rev. 04/15) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| United States of America<br>v.<br><br>AXEL JAMES WESTMAN<br>*Defendant* | )<br>)<br>)  Case No. 1:15-cr-00432-RM<br>)<br>) |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date: 01/02/2020

*Defendant's signature*

*Signature of defendant's attorney*

Timothy P. O'Hara    IL 6278155
*Printed name and bar number of defendant's attorney*

633 17th St.
*Address of defendant's attorney*

timothy_ohara@fd.org
*E-mail address of defendant's attorney*

(303) 294-7002
*Telephone number of defendant's attorney*

(303) 294-1192
*FAX number of defendant's attorney*