# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# JUDGE RAYMOND P. MOORE

| | |
|---|---|
| Courtroom Deputy: Cathy Pearson<br>Court Reporter: Tammy Hoffschildt<br>Probation: Katrina Devine | Date: April 27, 2020<br>Interpreter: n/a |

**CASE NO.**

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>v.<br>1. AXEL JAMES WESTMAN,<br>    Defendant. | Rebecca Weber<br><br><br><br>Edward Harris |

## COURTROOM MINUTES

**HEARING ON REVOCATION OF SUPERVISED RELEASE – Video teleconference**
**COURT IN SESSION:     9:08 a.m.**

Appearances of counsel.   Defendant is present and in custody.

The Court makes statements regarding the CARES Act and proceeding with this hearing.

Mr. Harris states that the defendant does not object to conducting this hearing by videoconference and will admit all violations alleged in the Petition (Doc. 57)

Defendant sworn and questioned by the Court.   Defendant is 44 years old.

Defendant admits to all violations alleged in the Petition (Doc. 57).

The Court advises the defendant regarding rights waived by admitting to the violations and maximum penalties.

The Court accepts the defendant's admissions and proceeds to sentencing.

Argument given on sentencing.

The defendant addresses the Court.

The Court enters findings.

**IT IS ORDERED** as follows:

> The defendant's sentence to supervised release is terminated effective immediately, and the defendant is sentenced to the Bureau of Prisons for a term of **eight (8) months**;
>
> Following his release from the Bureau of Prisons, the defendant shall be placed on supervised release for a term of **12 months**;
>
> While on supervised release, the defendant shall comply with all mandatory conditions of supervised release as required by law, all standard conditions of supervised release as required by this court, and the special conditions of supervised release as stated on the record; and
>
> The defendant is remanded to the custody of the United States Marshal.

The Court recommends that the Bureau of Prisons credit the defendant with time served in detention prior to sentencing.

The defendant is advised of the right to appeal the sentence imposed by the Court.

**COURT IN RECESS:** 10:18 a.m.
**Total in court time:** 1:10
**Hearing concluded**