IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Criminal Case No. 15-cr-00432-RM

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

AXEL JAMES WESTMAN,

    Defendant.

___

**ORDER REGARDING REQUEST FOR MODIFICATION
OF THE CONDITIONS OF SUPERVISION**

___

    THIS MATTER is before the Court upon request by the probation officer to modify conditions of supervised release on the above-named defendant.

    HAVING considered the probation officer's petition, the Court:

    ORDERS the defendant's terms of supervision be modified to include the following special condition:

    You must participate in a program of mental health treatment approved by the probation officer and follow the rules and regulations of such program. The probation officer, in consultation with the treatment provider, will supervise your participation in the program as to modality, duration, and intensity. You must pay for the cost of treatment based on your ability to pay.

    FURTHER ORDERS that all terms and conditions of supervision previously imposed remain in full force and effect.

    Dated this 2nd day of September, 2020.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge